IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HENRI A. BUTLER          TDCJ-CID #417545 | § § § | |
| VS. | § § § | C.A. NO. C-05-501 |
| TEXAS BD. OF PARDONS & PAROLES | § | |

### FINAL JUDGMENT

Pursuant to the Opinion and Order of Dismissal, final judgment is entered dismissing this action for failure to state a claim under 42 U.S.C. § 1983. Plaintiff's habeas corpus claims are dismissed without prejudice.

ORDERED this 29th day of November, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE